

December 9, 2021

**VIA FEDERAL EXPRESS & EMAIL**

Aaron and Rachelle Blackmer
Bruce and Candice Blackmer
ARCB, LLC
9514 E. Montgomery Ave. #28
Spokane Valley, WA 99206
ablackmer@arbllc.com
rblackmer@rmcfspokane.com

Aaron and Rachelle Blackmer
Bruce and Candice Blackmer
ARCB, LLC
4320 N. Centennial Lane
Spokane Valley, WA 99212

Re:   **Demand** that Bruce and Candice Blackmer, Aaron and Rachelle Blackmer, and ARCB, LLC (together, "you") Cease and Desist Conduct in Violation of the Defend Trade Secrets Act related to the former Rocky Mountain Chocolate Factory Store located at 1330 N. Argonne Road, Suite C, Spokane Valley, Washington (the "Franchised Location")

Dear Messrs. and Mmes. Blackmer:

This firm represents Rocky Mountain Chocolate Factory, Inc. ("RMCF") regarding franchise and intellectual property matters. You are parties to a Franchise Agreement dated March 14, 2011, ("Kiosk Franchise Agreement") for a kiosk store which is operated under the mark ROCKY MOUNTAIN CHOCOLATE FACTORY at the Spokane River Park Square mall. In addition, you are parties to a second Franchise Agreement dated September 13, 2018 ("Store Franchise Agreement") which governs the operation of a store at the Franchised Location which was operated under the mark ROCKY MOUNTAIN CHOCOLATE FACTORY until February 2020 when you notified RMCF that you wished to close and go out of business. Contrary to your statements to RMCF, you in fact re-branded the store under "Pete & Belle's" and have been operating the store selling chocolate candy, caramel apples and other items sold under the ROCKY MOUNTAIN CHOCOLATE FACTORY mark without authorization from RMCF. Failure to close the store, failure to return inventory, failure to return the Operations Manual and violating the covenant not to compete according to the terms of the Store Franchise Agreement are material breaches of the Store Franchise Agreement for which you are liable. You are liable for damages for multiple material violations of the Store Franchise Agreement, plus other amounts as may be determined by a trier of fact.

RMCF is aware that you are currently operating a store at the Franchised Location which sells chocolate, caramel apples, fudge and other products, uses recipes, RMCF trade dress,

Moye White LLP   Attorneys at Law
16 Market Square, 6th Floor
1400 16th Street   Denver CO 80202-1486
**tel** 303 292 2900  **fax** 303 292 4510  **www**.moyewhite.com

**Lynne M. Hanson**
**direct** 303 292 7927
lynne.hanson@moyewhite.com

EXHIBIT C

Moye|White

Aaron and Rachelle Blackmer
Bruce and Candice Blackmer
December 9, 2021
Page 2

trade secrets, and licensed methods (together with all other RMCF proprietary materials and information, the "Intellectual Property") in violation of federal law.

Your transfer of the Intellectual Property to the "Pete & Belle's" store at the Franchised Location constitutes the misappropriation of trade secrets under the Defend Trade Secrets Act, which defines a trade secret as "all forms and types of financial, business, scientific, technical, economic, or engineering information, including patterns, plans, compilations, program devices, formulas, designs, prototypes, methods, techniques, processes, procedures, programs, or codes" if the information derives value from not being generally known to other persons. The Defend Trade Secrets Act prohibits the conversion of a trade secret in commerce for the economic benefit of persons other than the owner thereof, knowing that it will injure the owner of the trade secret. Thus, your use of the Intellectual Property for the purpose of operating a competing retail store selling chocolates, caramel apples and other confectionary products, for your own economic benefit and to injure RMCF, violates the Defend Trade Secrets Act and exposes you to liability.

Further, you have breached the terms of the Store Franchise Agreement by operating a "Competitive Business" which sells boxed chocolate candies and products which are substantially similar to or the same as products offered for sale in ROCKY MOUNTAIN CHOCOLATE FACTORY stores. This is a material violation of your covenant not to compete with RMCF and also a material violation of your covenant of confidentiality. Pursuant to the terms of the Store Franchise Agreement, RMCF is entitled to remedies including royalties on revenue generated by the "Pete & Belle's" store and also liquidated damages of $500 per day for each day that you have violated the Store Franchise Agreement up to a maximum of $250,000. We estimate that you have been in violation of the agreement for 22 months which far exceeds the maximum of $250,000 in liquidated damages owed to RMCF.

The purpose of this letter is to demand that you immediately cease and desist use of all Intellectual Property in any way, including in the operation of the "Pete & Belle's" store at the Franchised Location and online, remove all Internet sites and social media pages, and return all manuals, training materials, recipes, packaging, advertising, and other materials bearing or containing Intellectual Property to RMCF by December 15, 2021. Also by the same date, provide RMCF with an accounting of all revenues derived from the "Pete & Belle's" store since inception and remit payment of $250,000 to RMCF.

If you do not comply with this demand, RMCF reserves the right to seek immediate relief and to pursue all available remedies at law and in equity to ensure that its rights are protected. If you are represented by counsel, please relay this correspondence to him or her. Otherwise you may contact me directly.

Moye|White

Moye|White

Aaron and Rachelle Blackmer
Bruce and Candice Blackmer
December 9, 2021
Page 3

Sincerely,

Moye White LLP

*Lynne M Hanson*

Lynne M. Hanson

cc:     Rocky Mountain Chocolate Factory, Inc.

4865-3387-5973.3